**ALEXANDER KRAKOW + GLICK LLP**
Michael S. Morrison (State Bar No. 205320)
Jessica S. Choi (State Bar No. 312796)
401 Wilshire Boulevard, Suite 1000
Santa Monica, California 90401
T: 310 394 0888 | F: 310 394 0811
E: mmorrison@akgllp.com | jchoi@akgllp.com

**M.R. PARKER LAW**
Michael R. Parker (State Bar No. 271242)
21700 Oxnard Street, Suite 2080
Woodland Hills, California 91367
T: 818 334 5711
E: michael@mrparkerlaw.com

Attorneys for Plaintiff JAMES KRITCH
as an individual, on behalf of himself,
all others similarly situated, and the general public

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KRITCH, as an individual, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br>vs.<br><br>JACOBS ENGINEERING GROUP INC., an Delaware corporation, and DOES 1-100, inclusive,<br><br>Defendant. | CASE NO.: 2:17-cv-05666-MRW<br><br>Class Complaint Filed: June 22, 2017<br>State Case No.: BC665997<br>Action Removed: July 31, 2017<br><br>*Assigned to Hon. Michael R. Wilner*<br><br>**ORDER RE: JOINT STIPULATION TO DISMISS CLASS ACTION CASE WITHOUT PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 23(e).** |

**ORDER RE: JOINT STIPULATION TO DISMISS CLASS ACTION CASE - FED R. CIV. PRO. 23(e)**

1

Having reviewed the Parties' Joint Stipulation to Dismiss Class Action Case Without Prejudice Pursuant to Federal Rules of Civil Procedure 23(e), and good cause appearing, the Court HEREBY RULES AS FOLLOWS:

1. The above entitled action shall be dismissed without prejudice;

2, The Parties will be responsible for their own attorneys fees and costs expended in this action and neither shall recover their attorneys fees and costs from the other.

Dated: _January 23_, 2018          _____
                                   Hon. Michael Wilner
                                   Magistrate Judge
                                   United States District Court for
                                   the Central District of California

**ORDER RE: JOINT STIPULATION TO DISMISS CLASS ACTION CASE - FED R. CIV. PRO. 23(e)**

2